HARRY M. STOKELY, WELLS R. STOKELY, HATTIE N.
STOKELY, W. Z. HAYMANS AND J. C. LITTLE, *Appellants*, v. JOHN H. MACKEY, AS TRUSTEE, UNDER
THE WILL OF JOHN L. DAVIS, DECEASED, *Appellee.*

Decision filed July 13, 1915.

Appeal from the Circuit Court, St. Johns County;
George Couper Gibbs, Judge.

PER CURIAM.—This cause having been submitted to
the court at a former term thereof, upon the transcript
of the record of the decree aforesaid, and argument of
counsel for the respective parties, and the record having been seen and inspected, and the court being now
advised of its judgment to be given in the premises, it
seems to the court that there is no error in the said decree; it is therefore considered, ordered and adjudged
by the court that the said decree of the Circuit Court be
and the same is hereby affirmed; it is further ordered by
the court that the appellee do have and recover of and
from the appellants their costs by them in this behalf
expended, which costs are taxed at the sum of $......,
all of which is ordered to be certified to the court below.